1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  KEVIN D. SCHIFF
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE (702) 388-6336
   FAX (702) 388-5087
6  Kevin.Schiff@usdoj.gov
   *Attorneys for the United States*

7

8  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA

9

10

11

12

13

14

15

16

17  IN THE MATTER OF THE                    2:20-mj-0404-NJK
    APPLICATION OF THE UNITED
18  STATES OF AMERICA FOR AN                 Motion to Unseal Legal Process
    ORDER AUTHORIZING THE
19  INSTALLATION AND USE OF A PEN           (FILED UNDER SEAL)
    REGISTER, TRAP AND TRACE
20  DEVICE AND CALLER
    IDENTIFICATION SERVICE, AND
21  AUTHORIZING RELEASE OF
    SUBSCRIBER INFORMATION, CELL-
22  SITE INFORMATION, AND FOR A
    GPS TRACKING WARRANT ON
23  CELLULAR TELEPHONE NUMBER
    702-559-1708
24

The United States of America by and through Nicholas Trutanich, United States Attorney, and his assistant Kevin Schiff, hereby moves to unseal the above captioned matter(s) so the Government can provide all such documentation in discovery.

This legal process was issued in 2020 during an investigation by the Federal Bureau of Investigation, and portions were sealed to protect the integrity of the investigation. The result of that investigation has resulted in criminal indictments being issued in United States v. Lewis Arellano et al., 2:20-cr-00264-KJD-VCF, and United States v. Sergio Rios, 2:20-cr-00300-JAD-NJK.

DATED this 9th day of December, 2020.

NICHOLAS A. TRUTANICH  
United States Attorney

/s/ Kevin Schiff            .  
Kevin D. Schiff  
Assistant United States Attorney

IT IS SO ORDERED.

_____  
NANCY J. KOPPE  
UNITED STATES MAGISTRATE JUDGE

DATED:  December 9, 2020.